# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Linda Daniels,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Secuity,

    Defendant.

Case No. 2:07cv666

Judge Michael H. Watson

## OPINION AND ORDER

Before the Court is the June 30, 2008 Report and Recommendation (hereinafter "Report") of Magistrate Judge Kemp (Doc. 13).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Report in a timely manner. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Report were filed.

The Report recommends that Plaintiff's statement of erros be sustained and that this case be remanded to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g). Upon *de novo* review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Report. Accordingly, the Report (Doc. 13) is hereby **ADOPTED**, Plaintiff's statement of errors is **SUSTAINED** and this matter is hereby **REMANDED** to the Commissioner of Social Security,

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**